Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Western__ District of __Oklahoma__
(State)

Case number (If known): _____ Chapter _____

FILED BANKRUPTCY OK WD
JUL 10 2025 PM3:11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Admin Pros LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   9 2 – 3 9 3 0 3 21

4. **Debtor's address**

   **Principal place of business**

   6608 N Western Ave, Ste.1284
   Number   Street

   Oklahoma City   OK   73116
   City   State   ZIP Code

   Oklahoma
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City   State   ZIP Code

5. **Debtor's website (URL)**   none

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor __Admin Pros LLC__          Case number (if known) _____
       Name

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   
   __8 7 4 2__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. *[handwritten: MM Selected accidentally]*
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.
   
   ☒ No
   
   ☐ Yes. District _____ When __/__/____ Case number _____
                                   MM / DD / YYYY
           District _____ When __/__/____ Case number _____
                                   MM / DD / YYYY

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 2

Debtor    <u>Admin Pros LLC</u>                                    Case number (if known)_____
             Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
              District _____  When ____/____/_____
              Case number, if known _____          MM / DD / YYYY

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                 Number    Street
                                 _____
                                 _____
                                 City                              State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:
    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49                ☐ 1,000-5,000        ☐ 25,001-50,000
    ☐ 50-99               ☐ 5,001-10,000       ☐ 50,001-100,000
    ☐ 100-199             ☐ 10,001-25,000      ☐ More than 100,000
    ☐ 200-999

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 3

Debtor **Admin Pros LLC**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☒ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/10/2025
MM / DD / YYYY

X _Mark Mayes, Member mm_    _Mark Mayes_
Signature of authorized representative of debtor    Printed name

Title **Manager**

**18. Signature of attorney**

X n/a _____
Signature of attorney for debtor

Date _____
MM / DD / YYYY

Printed name _____

Firm name _____

Number  Street _____

City _____  State ____  ZIP Code ____

Contact phone _____  Email address _____

Bar number _____  State ____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case:

Debtor name __Admin Pros LLC__

United States Bankruptcy Court for the: __Western__ District of __Oklahoma__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PayPal, Inc.<br>2211 North First Street<br>San Jose, CA 95131 | to be determined | loan | | | | $873 |
| 2 | Uline, Inc.<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | to be determined | office supplies | | | | $1,256 |
| 3 | United Parcel Service, Inc.<br>55 Glenlake Parkway NE<br>Atlanta, GA 30328 | to be determined | professional services | | | | $327 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor 1 _____  Case number (if known)_____
First Name   Middle Name   Last Name

| | Unsecured claim |

**18**

Creditor's Name _____

Number   Street _____

_____

City   State   ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
      Value of security:              − $_____
      Unsecured claim                  $_____

**19**

Creditor's Name _____

Number   Street _____

_____

City   State   ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
      Value of security:              − $_____
      Unsecured claim                  $_____

**20**

Creditor's Name _____

Number   Street _____

_____

City   State   ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
      Value of security:              − $_____
      Unsecured claim                  $_____

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _Mark May, Manager_   X _____
Signature of Debtor 1          Signature of Debtor 2

Date  7 / 10 / 2025          Date _____
   MM / DD / YYYY                 MM / DD / YYYY

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 5

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

IN RE:  )
ADMIN PROS LLC  )
  )  Case No. _____
  )  Chapter   11
  )
Debtor.  )

## VERIFICATION OF LIST OF CREDITORS

☑ Original
☐ Amendment
  ☐ Add    ☐ Delete

The above-named debtor hereby verifies that the **attached List of Creditors** is true and correct to the best of his/her/their knowledge. If this is an amendment to the Verification of List of Creditors, the **attached List of Creditors** contains <u>only</u> the newly added, modified, or deleted creditors.

The List of Creditors was electronically uploaded to the Court by the following method:

☐ Electronic Case Filing (ECF) system; or
☑ Creditor Matrix application *(to be used by pro se filers only – available on the Court's website www.okwb.uscourts.gov or in the Clerk's Office).*

Date: July 10, 2025

Debtor's Signature: *[signed] Mark Mayes, Manager*
Printed Name: Mark Mayes, Manager

_____
Joint Debtor's Signature (if applicable)
Printed Name: n/a

☑ Pro se Debtor - *you must fill out address on 2nd page*
☐ Represented by Counsel - *you must fill out address on 2nd page*

Local Form 1007-1.C                                                Rev. 09/01/2024

| Pro se Debtor Signature block | Attorney Signature block |
|---|---|
| **/s/ Mark Mayes, manager Admin Pros LLC** | s/ _____ |
| Debtor(s) Address | |
| **6608 N Western Ave, #1284** | _____ |
| City, State, and Zip Code | Attorney's Name - Bar Number |
| **Oklahoma City, OK 73116** | _____ |
| Telephone Number | Address |
| **605-595-4754** | _____ |
| Fax Number | City, State, and Zip Code |
| **mark@adminprosllc.com** | _____ |
| Email Address | Telephone Number |
| | _____ |
| | Fax Number |
| | _____ |
| | Email Address |
| | Counsel for _____ |

ARVEST BANK
ATTN: LEGAL DEPARTMENT
921 W MONROE AVE
LOWELL, AR 72745

PAYPAL, INC.
ATTN: LEGAL DEPARTMENT
2211 NORTH FIRST STREET
SAN JOSE, CA 95131

ULINE, INC
ATTN: LEGAL DEPARTMENT
12575 ULINE DRIVE
PLEASANT PRAIRIE, WI 53158

UNITED PARCEL SERVICE, INC
ATTN: LEGAL DEPARTMENT
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328